THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Patrick Burton,       
Appellant.
 
 
 

Appeal From Abbeville County
James W. Johnson, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-309
Submitted February 20, 2003  Filed May 6, 2003 

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. Stacey, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh,  Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia;  and Solicitor William Townes Jones, of Greenwood, for Respondent.
 
 
 

PER CURIAM: Patrick Burton appeals his convictions 
 for first-degree burglary and simple assault and battery.  Burtons appellate 
 counsel has petitioned to be relieved as counsel, stating he has reviewed the 
 record and has concluded Burtons appeal is without merit.  The issue briefed 
 by counsel concerns whether the trial court erred in failing to charge the defense 
 of alibi.  Burton has filed a  pro se brief with this court alleging 
 numerous other trial errors.
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Burtons 
 appeal and grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
HEARN, C.J., and CURETON and GOOLSBY,
JJ., concur.

 
           
 [1]  Because oral argument would not aid the court in resolving 
 the issues on appeal, we decide this case without oral argument pursuant to 
 Rules 215 and 220(b)(2), SCACR.